UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

C&A CARBONE, INC., SCRUFFY CARTING, INC., PROVENZA CONTRACTING, INC., MR. J. JR. EXCAVATING, INC., and MICHAEL RICKLI, JR.,

                        Plaintiffs,

    -against-

THE COUNTY OF ROCKLAND, ROCKLAND COUNTY SOLID WASTE MANAGEMENT AUTHORITY, C. SCOTT VANDERHOEF, individually and as Rockland County Executive, and CHRISTOPHER P. ST. LAWRENCE, individually and as Chairman of the Rockland County Solid Waste Management Authority,

                        Defendants.

-----------------------------------------------------------------X

08 CIV. 6459

RULE 7.1 STATEMENT

**JUDGE KARAS**

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: South Nyack, New York
       July 18, 2008

                        Yours, etc.

                        FEERICK LYNCH MacCARTNEY PLLC
                        Attorneys for Plaintiffs
                        Office and Post Office Address
                        96 South Broadway
                        South Nyack, New York 10960
                        (845) 353-2000

                        By: _____
                            Dennis E. A. Lynch (DL 6537)